AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Alejandro Lopez-Lopez,

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-197M

```
FILED
OCT 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

I, __Alejandro Lopez-Lopez__, charged in a (complaint) (petition) pending in this District with __Re-entry after Removal__ in violation of Title __8__, U.S.C., __1326(a)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Alesandro Lopez Lopez_
Defendant

10/17/07
Date

_[signature]_
Counsel for Defendant